IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAROLYN CAMPBELL,
DONALD C. TINNELL,
CONSTANCE SHIVER and
KATHERYN DONATONE a/k/a
KATHERYN SMITH,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2029

      Appellants,

v.

FLORIDA COMMERCE
CREDIT UNION,

      Appellee.

_____/

Opinion filed January 16, 2015.

An appeal from the Circuit Court for Leon County.
John C. Cooper, Circuit Judge.

David H. Abrams of The Law Office of David H. Abrams, Tallahassee; Brian W. Warwick, Janet R. Varnell, Steven T. Simmons of Varnell & Warwick, P.A., Lady Lake, for Appellants.

Dennis R. O'Connor and Derek J. Angell of O'Connor & O'Connor, Winter Park, for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.